No. 429.  CAPPABIANCA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Ira B. Grudberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 434.  DEPARTMENT OF FORESTS AND PARKS ET AL. *v.* GEORGE'S CREEK COAL & LAND CO.  Ct. App. Md. Certiorari denied.  *Francis B. Burch,* Attorney General of Maryland, and *Richard C. Rice,* Special Assistant Attorney General, for petitioners.  *William C. Walsh* for respondent.

No. 435.  GENERAL ELECTRIC CREDIT CORP. *v.* NOBLETT. C. A. 10th Cir.  Certiorari denied.  *James D. Fellers* for petitioner.

No. 437.  BARENFANGER, DBA BARENFANGER CONSTRUC-TION CO. *v.* LOUIS.  Sup. Ct. Ill.  Certiorari denied. *John Page Wham* for petitioner.  *Irving M. Greenfield* for respondent.

No. 440.  GEORGIA HIGHWAY EXPRESS, INC. *v.* NA-TIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Cer-tiorari denied.  *Alexander E. Wilson, Jr.,* and *Donald G. Mayhall* for petitioner.  *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Elliott Moore* for respondent.

No. 442.  SWOFFORD ET AL., DBA PATHFINDER CO. *v.* B & W, INC.  C. A. 5th Cir.  Certiorari denied.  *Jack W. Hayden* for petitioners.  *Tom Arnold* for respondent.